**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LATANYA WILLIAMS,<br><br>            Plaintiff,<br><br>     vs.<br><br>ARMANDO MOREIRA; and DOES 1 to 10,<br><br>            Defendants. | **Case No.: 2:22-cv-09372 PA (AGRx)**<br>Assigned to Hon. Percy Anderson<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

[PROPOSED] ORDER

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice, all parties to bear their own fees and costs, with the Court to retain jurisdiction for thirty days from today's date for either of the Parties to dismiss the entire action with prejudice or Plaintiff to enforce the terms of the settlement.

SO ORDERED.

DATED: April 20, 2023

_____
Percy Anderson
United States District Judge